BUCHALTER
A Professional Corporation
CHERYL M. LOTT (SBN: 232548)
clott@buchalter.com
ALI MONTES (SBN: 309207)
amontes@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2459
Telephone: (213) 891-0700
Fax: (213) 896-0400

JS6

Attorneys for Defendant
COMERICA BANK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VITITOE LAW GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA INCORPORATED DBA COMERICA BANK, and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 2:23-cv-07395-RGK-MRW<br><br>[Originally Filed in Los Angeles County Superior Court, Case No. 23STCV03016]<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL |

Before the Court is the Stipulation between Plaintiff Vititoe Law Group ("Plaintiff"), and Defendant Comerica Bank erroneously sued as Comerica Incorporated dba Comerica Bank ("Defendant"), by and through their respective counsel, pursuant to which Plaintiff and Defendant stipulate, pursuant to Federal Rule of Civil Procedure rule 41(a)(1)(A)(ii), to dismissal of this Action in its entirety.

The Court has received and reviewed the parties' Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1. The parties' Stipulation for Dismissal is hereby GRANTED.

**IT IS SO ORDERED.**

DATE: 9/26/2023

_____
Honorable R. Gary Klausner